No. 221. Menéndez *v.* Rosado.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en diciembre 2, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Santoni.* Abogado de la parte contraria: *Sr. Suliveres.*

---

No. 219. Colón *v.* Roig.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en diciembre 10, 1907. Sin lugar la moción. Abogados del promovente: *Sres. Hartzell y Rodríguez Serra.* Abogado de la parte contraria: *Sr. Hernández López.*

---

No. 182. Silva *v.* Salamanca et al.—Apelación procedente de la Corte de Distrito de Guayama. Moción para que se una á los autos una exposición de hechos. Resuelto en diciembre 20, 1907. Sin lugar la moción. Abogado del promovente: *Sr. Celestino Dominguez.* Abogado de la parte contraria: *Sr. Nadal Santa Coloma.*

---

No. 224. Obrer et al. *v.* Llinás, Roselló & Co.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en diciembre 23, 1907. Desestimada la apelación por incumplimiento del artículo 50 del Reglamento de este tribunal. Abogado del promovente: *Sr. Bosch.* Abogado de la parte contraria: *Sr. López Landrón.*